GRIFFITH JENKS, Appellant, v. JOHN MURPHY et al., Respondents.— Application granted to the extent of permitting the appeal to be prosecuted upon one typewritten record on appeal and five typewritten briefs. Memorandum: The application for the furnishing to appellant without charge of a copy of the stenographer's minutes must be made in the first instance to the court before whom the action was tried. (CPLR 1102, subd. [b]; *Swirski* v. *Price,* 19 A D 2d 851; *Eagle Contrs. of Utica* v. *Black,* 5 A D 2d 954.) The problem presented by the apparent conflicting positions of the attorney for certain respondents may not be resolved in the first instance by this court.